[No. 39896-2-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00501-5, Larry E. McKeeman, J., entered December 18, 1996. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Appelwick, JJ.

[Nos. 40897-6-I; 41099-7-I.    Division One.    April 19, 1999.]

RONALD A. GRAYSON, *as Trustee, Appellant*, v. GEORGE PLATIS, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 95-2-22001-1, Carol A. Schapira, J., entered June 19, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Agid, A.C.J., and Coleman, J. Now published at 95 Wn. App. 824.

[No. 41590-5-I.    Division One.    April 19, 1999.]

TSUBOTA INDUSTRIAL SUPPLY CO., INC., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-07288-3, Robert S. Lasnik, J., entered October 23, 1997. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Appelwick, JJ.

[No. 42799-7-I.    Division One.    April 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DELORES RAE KELLOGG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01737-2, Gerald L. Knight, J., entered June 3, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Ellington, JJ.